# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARCUS HARRIS

NO. 2020 KW 0342

**JULY 6, 2020**

---

In Re:   Marcus Harris, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 35827.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT